AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Stanley Moss, a/k/a Stanley Odell Moss,<br>*Plaintiff*<br>v.<br><br>Ashley Z. Stanley; Hutchens Law Firm, LLC;<br>Rushmore Loan Management Services,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.     8:20-cv-03194-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Stanley Moss, shall take nothing of the defendants; Ashley Z. Stanley, Hutchens Law Firm, LLC, and Rushmore Loan Management Services, as to the complaint filed pursuant to 28 U.S.C. 1345 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended dismissing plaintiff's action.

Date:   October 16, 2020                                                 ROBIN L. BLUME, CLERK OF COURT

                                                                                         *Signature of Clerk or Deputy Clerk*